[No. 31466-5-II.  Division Two.  September 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER GATHIRU KIGANO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02220-1, Bryan E. Chushcoff, J., entered February 27, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J.; Armstrong, J., dissenting.

[No. 31780-0-II.  Division Two.  September 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WADE WILLIAM PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00082-8, Richard L. Brosey, J., entered May 18, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Armstrong, JJ.

[No. 32098-3-II.  Division Two.  September 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA J. TINKER, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 04-1-00008-2, E. Thompson Reynolds, J., entered August 6, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 22395-7-III.  Division Three.  September 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRBY O'SULLIVAN SHAUL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-1-01924-1, C. James Lust, J., entered September 12, 2003. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Kurtz and Brown, JJ.